JAMES H. IRVINE, Petitioner, v. The DISTRICT COURT OF THE Fourth Judicial District of the State of Montana, IN AND FOR THE COUNTY OF MISSOULA, Respondent.

No. 10989.
Decided July 2, 1965.
403 P.2d 634.

PER CURIAM:

The application for a Writ of Certiorari to review an Order directing the filing of an Information after preliminary hearing had before District Judge E. Gardner Brownlee is hereby denied.

Court-appointed counsel presented a transcript of proceed-

ings had before the District Court, uncertified, but represented to be accurate. Additionally photo copies of Court Minutes were offered. The Court has examined the testimony shown and finds that a sufficient showing was made of probable cause.